**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                       Case No. 05-cr-167-01-PB

<u>Dario Manon</u>

**<u>O R D E R</u>**

    The defendant has moved to continue the November 1, 2005 trial in the above case, citing the need for additional time to review discovery and prepare a defense.  The government does not object to a continuance of the trial date.

    Accordingly, in order to allow the parties additional time to complete discovery and properly prepare for trial, the court will continue the trial from November 1, 2005 to February 7, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The October 17, 2005 final pretrial conference is continued until January 18, 2006 at 4:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 17, 2005

cc: Paul Garrity, Esq.
Arnold Huftalen, AUSA
United States Probation
United States Marshal