**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                              Criminal No. 05-cr-167-01-B

<u>Dario Manon</u>

**O R D E R**

The defendant has moved to continue the February 7, 2006 trial in the above case. Defendant cites the need for additional time to negotiate a possible resolution in this matter. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to negotiate a resolution and/or properly prepare for trial, the court will continue the trial from February 7, 2006 to May 2, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The January 25, 2006 final pretrial conference is continued until April 18, 2006 at 4:30 pm.

SO ORDERED.

/s/ Paul Barbadoro
Paul Barbadoro
Chief Judge

January 31, 2006

cc: Paul Garrity, Esq.
    Arnold Huftalen, Esq.
    United States Probation
    United States Marshal