```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                                                      Case No. 05-cr-167-01-PB

Dario Manon

**O R D E R**

The defendant has moved to continue the May 2, 2006 trial in the above case to allow time to complete a plea hearing now scheduled for May 30, 2006. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to finalize plea negotiations or properly prepare for trial, the court will continue the trial from May 2, 2006 to June 6, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The April 18, 2006 final pretrial conference is cancelled.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 14, 2006

cc: Paul Garrity, Esq.
    Arnold Huftalen, AUSA
    United States Probation
    United States Marshal