**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**


**United States of America**

    **v.**                                         Case No. 05-cr-167-PB

**Dario Manon**


**O R D E R**

    The defendant has moved to continue the September 6, 2006 trial in the above case citing the need for additional time for counsel to locate witnesses who may testify at trial and to further prepare defendant for trial.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial date from September 6, 2006 to December 5, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on November 28, 2006 at 3:15 p.m.

SO ORDERED.

                                            /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

September 1, 2006

cc:   Paul Garrity, Esq.
      Dario Manon, Esq.
      United States Probation
      United States Marshal