**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                             Case No. 05-cr-167-01-PB

<u>Dario Manon</u>

**O R D E R**

    The defendant has moved to continue the December 5, 2006 trial in the above case, citing the need for additional time to negotiate a plea agreement.  The government does not object to a continuance of the trial date.

    In order to allow the parties additional time to negotiate a plea agreement or properly prepare for trial, the court will continue the trial from December 5, 2006 to February 6, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The November 28, 2006 final pretrial conference is continued until January 18, 2007 at 3:30 p.m.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 22, 2006

cc:   Paul Garrity, Esq.
      Arnold Huftalen, AUSA
      United States Probation
      United States Marshal