**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                                                  Case No. 05-cr-167-PB

<u>Dario Manon</u>

<u>**O R D E R**</u>

     The defendant, through counsel, has moved to continue the February 6, 2007 trial in the above case, citing the need for additional time to consult with his attorneys, with the aid of an interpreter, to prepare for trial or alternative disposition. The government does not object to a continuance of the trial date.

     Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial for 30 days from February 6, 2007 to March 6, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance

outweigh the best interests of the public and the defendant in a speedy trial.

The January 26, 2007 final pretrial conference is continued to February 22, 2007 at 4:15 p.m.  No further continuances will be allowed in this case.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

January 23, 2006

cc:   Paul Garrity, Esq.
      Sven Wiberg, Esq.
      Arnold Huftalen, AUSA
      United States Probation
      United States Marshal